Wilson Jean #054226
**Name and Prisoner/Booking Number**

CENTRAL ARIZONA CORRECTIONAL FACILITY
**Place of Confinement**

P.O. Box 9600
**Mailing Address**

Florence, AZ 85132
**City, State, Zip Code**

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

---

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

AUG 03 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

---

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

WILSON JEAN
**(Full Name of Plaintiff)**

Plaintiff,

v.

(1) FRANK STRADA, WARDEN
CENTRAL ARIZONA CORRECTIONAL FACILITY
**(Full Name of Defendant)**

(2) B. SANCHEZ OTHON,
HEALTH SERVICES ADMINISTRATOR

(3) _____

(4) _____

**Defendant(s).**

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-2476-PHX-GMS-ESW
**(To be supplied by the Clerk)**

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

"JURY TRIAL DEMANDED"

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CENTRAL ARIZONA CORRECTIONAL FACILITY, THE GEO GROUP INC.,
   P.O. BOX 9600, FLORENCE, AZ 85132.

Revised 3/11/16

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _FRANK STRADA_. The first Defendant is employed as: _WARDEN,_ at _CENTRAL ARIZONA CORRECTIONAL FACILITY_.
                (Position and Title)                 (Institution)

2. Name of second Defendant: _B. SANCHEZ OTHON_. The second Defendant is employed as: _HEALTH SERVICES ADMINISTRATOR,_ at _CENTRAL ARIZONA CORRECTIONAL FACILITY_.
                (Position and Title)                 (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
                (Position and Title)                 (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
                (Position and Title)                 (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes     ☐ No

2. If yes, how many lawsuits have you filed? _1 (ONE)_. Describe the previous lawsuits:

   a. First prior lawsuit:
     1. Parties: _WILSON Y. JEAN_ v. _ARIZONA COMMUNITY PROTECTION TREATMENT CENTER_
     2. Court and case number: _UNKNOWN_
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
     _CIVIL RIGHT § 1983 WAS DISMISSED WITH PREJUDICE ON 2010, STATUTE OF LIMITATION._

   b. Second prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>DUE PROCESS CLAUSE OF</u>
<u>THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION</u>.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☑ Medical care

    ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation

    ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

where prison official acted under color of law when failed to follow medical procedures his entitled to surgery for Herniate that actual injury of right abdomen violated his life, liberty interest of the Fourteenth Amendment to the United states Constitution. where private physician under contract with state to provide medical services of his injury acted under color of law. where defendant's were negligent and intentionally inflicted emotional distress by denying and delaying medical treatment which caused additional health problems to physical injuries require under the medical community. Where his seek monetary punitive damages of $1.2 million Dollars for mental and emotional distress by defendant's, which shoe to reasonable degree of medical certainty that his faced increased risk of developing serious future injuries resulting from denying and unnecessary delays for surgical Herniate operation require by law. where prison officials delayed of injured Herniate which corroborate his existing physical injury by information received from Ultrasound evaluation which establish defendant's state actor had a sufficiently culpable state of mind. where IHS, Indian Health service has responsibility for his health under contract Health Service which his request of defendant's, to establish condition or eligibility for Genitalia Herniate Surgery that prison officials deprivation of medical care without demonstrating legitimate interest for surgical evaluation that Navajo Nation has interest under the Indian Self-determination Act (P.L. 93-638). Director, Dept. of Corr. acted in official capcities.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

where defendant's, medical officials knew full extent of his medical needs of actual injury of protrusion Herniate which require surgical treatment which medical officials deprivation of his health conditions under color of law and not immunity under the Fourteenth Amendment.

5. **Administrative Remedies:**

    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☑ Yes    ☐ No

    b. Did you submit a request for administrative relief on Count I?      ☑ Yes    ☐ No

    c. Did you appeal your request for relief on Count I to the highest level?      ☑ Yes    ☐ No

    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _DELIBERATE INDIFFERENCE OF THE EIGHTH AMENDMENT CLAUSE TO THE UNITED STATES CONSTITUTION_.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☑ Medical care

   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Where prison doctors had a sufficiently culpable state of mind by medical protocol regulations caused failure to adequately attend to his medical need for surgery for Genitalia Herniate condition was deliberate indifference and violated his rights of the Eighth Amendment clause to the United states Constitution. where actual injury of protrusion Herniate evidence existed showing that private prison officials Knew full extent of his medical needs was under color of state law and state actor. where the Facility Health Administrator's, Director of Nursing could be liable for failing to fulfill the requirement of it's position by not assisting with the continuity of his treatment by an advanced-level medical provider. That defendant's, have disregarded a serious risk of harm and could be held liable for his to remain untreated for Surgical Genitalia herniate condition which required prior authorization from medical officials which involved the length of the deprivation and inadequate medical care was punitive in nature and did not advanced a legitimate governmental interest require by law. where his seek monetary punitive damages of $1.2 million dollars for mental and emotional distress by defendant's, which show to reasonable degree of medical certainty that his faced increased risk of developing serious future injuries resulting from denying and unnecessary delays for Surgical Herniate operation require by law and the medical community. where his deprivation of medical care require under the Indian Health Service and the Navajo Nation has interest in his health under the Snyder Act of 1921 and the Indian Self-Determination Act (P.L.93-638). See Exhibit "A".
   where Director, of Department of Corrections act in official Capacities.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   where defendant's, medical officials Knew full extent of his medical needs of actual injury of protrusion hemiate which require surgical treatment which medical officials deprivation of his health conditions under color of law and not immunity under the Eighth Amendment.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes   ☐ No

   b. Did you submit a request for administrative relief on Count II?    ☑ Yes   ☐ No

   c. Did you appeal your request for relief on Count II to the highest level?    ☑ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

plaintiff, ask this Court to order the defendant's, to provide for Surgical Genitalia Herniate operation at a public medical Facility to receive adequate treatment due to condition and serious medical care, and grant relief for monetary damages of $1,2 million Dollars for mental, emotional injury and distress cause by defendant's.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7 - 16 - 2018___                          _Lilian Jean_ In Pro-se
                  DATE                                          SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed this ___16___, Day of ___July___, 2018 to:

Clerk,
United States District Courthouse
Suite 130
401 West Washington Street, SPC 10
Phoenix, AZ 85003-2119

Arizona Attorney General
15 South 15th Avenue
Phoenix, AZ 85007

Frank Strada, Warden
Central Arizona Correctional Facility
P.O. Box
Florence, AZ 85132

B. Sanchez othon, Health Services Administrator
Central Arizona Correctional Facility
P.O. Box
Florence, AZ 85132

_____
Plaintiff In-Pro Se

EXHIBIT "A"

The IHS Service Unit provides health care through two methods of delivery: direct services and contract services. . . The Contract Health Service (CHS) System. . . . the IHS has established a policy of setting priorities on eligibility and care. . . . Referral is often made to a physician, clinic, or hospital where the IHS has an established "contract." To be eligible for care at a "contract" location, the individual must (a) be of Indian descent, (b) be a member of a federally recognized Indian tribe, (c) not be excluded from service by other provisions of law, and (d) meet special conditions of eligibility. . . the IHS has established priorities for care:

The first priority is for life-threatening situations; the second priority is threats to loss of limbs; and third priority are conditions that can wait for up to thirty days. Individuals not ill enough to meet these criteria may have to wait until the condition worsens before they become eligible for treatment. Therefore, an easily treatable inexpensive condition may become a difficult, expensive, and life-threatening condition before treatment is obtainable.


AUTHORITIES:

The Snyder Act authorized Congress to continue to appropriate money "for benefit, care, and assistance of the Indians throughout the United States . . . for the relief of distress and conservation of health . . . and for the employment of physicians." See, 23 U.S.C. 13.


The Indian Self-Determination Act (P.L. 93-638) directed Indian Health Service to enter into contracts with tribal organizations in order to carry out any or all of the Indian Health Service functions, authorities, and responsibilities . . . tribes can manage and operate all or part of the clinic, hospital, or outreach efforts in their communities, if they so desire.


See, Phoenix Area IHS
    3738 North 16th St., Suite A
    Phoenix, AZ 85016


See, Native North America, Volume III, Chapter 14 Health, pp. 818, 819, (1993) @.

# ARIZONA DEPARTMENT OF CORRECTIONS
## CENTRAL ARIZONA CORRECTIONAL FACILITY
### INMATE GRIEVANCE RESPONSE

**INMATE NAME**: Jean, Wilson   **ADC #**: 054226   **CASE #**: M70-027-018

**Response to Inmate from**:  B. Sanchez Othon, RN, BSN, Health Services Administrator

This is a response to your Inmate Grievance dated 06-11-2018, which was received in my office on 06/12/18.  In your grievance you state you wish to be transferred to a public medical facility to be seen by a specialist and have the cost billed to I.H.S. Upon review of your medical record it is determined that you have been seen as follows:
5-12-18 Seen for HNR to hernia pain/request hernia belt- referred to provider
5/15/18 Seen by provider for hernia- hernia belt ordered, Nortriptyline ordered.
5/18/18 Hernia belts offered, you denied both and you were referred back to the provider.
5/31/18 Seen by the provider to discuss hernia belt and request Nortriptyline be increased- Hernia belt issued to you in office and Nortriptyline increased. Follow up via HNR.

At this time your grievance is deemed resolved as the provider has not ordered surgery since your hernia is managed with the hernia belt and oral pain management. You have not submitted an HNR or notified medical of any concerns since 5-18-18.  You also have not followed the instructions noted in your informal grievance response dated 6/4/18 that state you must submit an HNR if you have any continued symptoms. Should you have any continued symptoms you must follow policy and submit your request for further evaluation via HNR.

B. Sanchez Othon
RN, BSN, CCHP
Health Services Administrator

| Staff Signature | Badge# | Date |
| --- | --- | --- |
| | | 3 JUl 18 |



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY |
|---|
| S. Barkley |
| **TITLE** CPO |

| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|
| | 6/11/18 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| JEAN, WILSON | 054226 | 6-8-2018 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| M70-CACF- | M70-027-018 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

WHERE I HAVE REQUESTED THAT WITHOUT AN SURGICAL TREATMENT FOR PROTRUSION RIGHT ABDOMEN INGUINAL HERNIAS THAT AN INFECTION CAN DEVELOP WHICH E. THOMPSON, M.D., HAD PROVIDED HIS WITH AN HERNIA BELT ON 5-31-18 WHICH STILL EXPERIENCING PAIN HIS HAVE REQUESTED AND NOT RECEIVE GABAPENTIN FOR NEUROPATHY PAIN MEDICATION WITHOUT ANY MEDICAL JUSTIFICATION WHICH ARE STILL AVAILABLE IF OTHER THERAPIES ARE NOT SUCCESSFUL. WHERE THE DELAYS OF AN DIAGNOSIS OF UNTREATED HERNIA CONDITION WHICH REQUIRE SURGICAL INTERVENTION REQUIRE UNDER THE MEDICAL COMMUNITY AND DECISIONS BY SPECIALIST WAS NOT SCHEDULED BY MEDICAL PROCEDURES. WHERE HIS IS ELIGIBILITY FOR SURGICAL EVALUATION UNDER THE INDIAN HEALTH SERVICE AND THE NAVAJO NATION WHICH CAN CONTRACT FOR HIS MEDICAL COST.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

I HAVE ATTEMPTED TO RESOLVE THIS MEDICAL ISSUE AFOREMENTIONED ABOVE AND TO RESOLVE THIS ISSUE WOULD REQUIRE HIS TRANSFERRED TO AN PUBLIC MEDICAL FACILITY TO RECEIVE ADEQUATE TREATMENT FOR SURGICAL INGUINAL HERNIAS OPERATION BY SPECIALISTS AND THAT THE INDIAN HEALTH SERVICE AND THE NAVAJO NATION CAN CONTRACT FOR ALL SURGICAL COST.
                                                    THANK YOU.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Wilson Jean | 6-8-2018 | S. Barkley | 6/11/18 |

Action taken by Documentation of Resolution or Attempts at Resolution.

please see attached.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| Sanchez Othon RN BSN CCHP Health Services Administrator | | 3 JU 18 |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

#679

For Distribution:  Copy of Corresponding Inmate
Informal Complaint Resolution must be attached to
this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Jean, Wilson | 54226 |

| Institution/Unit |
|---|
| M70 CACF |

| From | Location |
|---|---|
| R. Martin CQI/LPN | Medical Unit |

Mr. Jean,
Your hernia belt was ordered by the Dr. on 5/15/2018. I called you to medical on 5/17/2018 to discuss with you what size hernia belt that you would require. I ordered the hernia belt and it arrived on 5/28/2018. Your hernia belt was issued to you on 5/31/2018 at the time of your follow up appointment. It can sometimes take up to two weeks to get medical equiptment as they are shipped to us by venders. You discussed with the Dr. on 5/31/2018 regarding your hernia pain and your pain medication was increased and you were given education on how to use your hernia belt. If you are still experiencing pain, please resubmit an HNR so that you can discuss other options with the Dr.

| Staff Signature | Date |
|---|---|
| R. Martin CQI/LPN | 6.4.18 |
| R. Martin, LPN | |

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

<u>Complaints are limited to one page and one issue.</u>

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| JEAN, WILSON | 054226 | CACF - | 5-18-2018 |

| TO | LOCATION |
|---|---|
| MEDICAL | CACF - MEDICAL / HEALTH UNIT |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

    I AM ATTEMPTING TO INFORMALLY RESOLVE THE FOLLOWING SITUATION WHERE I HAVE VISITED THE MEDICAL PROVIDER FOR THIS UNIT ON 5-15-2018 AND WAS ORDERED A HERNIA BELT THAT BECAUSE OF THE MEDICAL DISABILITIE FROM THE PROTRUSION HERNIATE WHICH IS CAUSED BY THE CONNECTIVE TISSUE THROUGH WALL OF THE CAVITY ON LOWER RIGHT SIDE OF THE ABDOMEN AREA WHICH CAUSE PAIN.

    THAT THERE IS INCREASED PRESSURE WITHIN THE LOWER ABDOMEN THAT SQUEEZES DOWN ON THE GENITALIA HERNIATE AREA THAT PRESSURE OCCUR WITH SNEEZING, COUGHING, PHYSICAL EXERTION DUE TO RUPTURE OF AREA WHICH IS A ACTUAL INJURY.

    TO RESOLVE THIS ISSUE AND ALTERNATIVE WOULD REQUIRE AN EVALUATION BY A MEDICAL SPECIALISTS FOR GENITALIA HERNIATE CONDITION WHICH REQUIRE SURGERY AND OPERATION TO REPAIR THE CONNECTIVE TISSUE OF THE ABDOMEN AREA IN A PUBLIC MEDICAL FACILITY TO RECEIVE ADEQUATE TREATMENT AND BECAUSE OF THIS SURGICAL CONDITION IS INEVITABLY WHICH IS SIGNIFICANTLY FURTHER AND MEDICALLY APPROPRIATE OF THIS IUSSE AND THAT PHYSICIAN FORMED OPINION SHOULD PROVIDE REASONABLE MEDICAL TREATMENT FOR DIAGNOSED HERNIATE CONDITIONS.

THANK YOU.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Wilson Jean | |

Have you discussed this with institution staff?  ☑ Yes  ☐ No

If yes, give the staff member name: I HAVE VISIT PROVIDER OF IUSSE.

Rec'd. 6/23/18
C.A, CNS

Distribution:   INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:   White – Inmate; Canary – Grievance Coordinator File

R. Martin, LPN

802-11
6/25/14